**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William B. Lane, et al.,            )<br>                                             )<br>                    Plaintiffs,   )<br>                                             )<br>vs.                                       )<br>                                             )<br>Rocket Mortgage LLC, et al., )<br>                                             )<br>                    Defendants.  )<br>                                             ) | No. CV-24-02798-PHX-SPL<br><br>**ORDER** |

    Before the Court is Plaintiffs William and Misty Lane's Motion for Hearing on Pending Motions. (Doc. 34). In light of the Court's ruling granting Defendant Rocket Mortgage LLC's Motion to Dismiss and Motion to Strike Sur-Reply (Doc. 33), Plaintiffs' request will be denied.

    Neither party requested oral argument in their briefing of the Motion to Dismiss or Motion to Strike, and the Court found the Motions suitable for resolution without oral argument.[1] (*See* Docs. 23, 27, 28, 29, 31, 32). Additionally, the Court notes that pursuant to Local Rule of Civil Procedure 7.2(d), a moving party has seven days after service of responsive memorandum to file a reply "*if that party so desires*." LRCiv. 7.2(d) (emphasis added). As no hearing before this Court was requested, and as Defendant had no obligation

---

[1] In the Court's Order granting the Motion to Dismiss and Motion to Strike Sur-Reply, the Court gave Plaintiffs leave to amend their Complaint to cure the deficiencies identified in that Order. (Doc. 33 at 15). Should Plaintiffs file a Second Amended Complaint, and should that complaint be subject to a second motion to dismiss, either party may request oral argument on such motion in their briefing.

to file a Reply to its Motion to Strike, the absence of a hearing or Reply brief caused no delay in this action. In any event, as Plaintiffs' request for a hearing was filed after this Court issued a ruling on Defendant's Motion to Dismiss and Motion to Strike, and as there are no remaining pending motions, the Court finds that the present request is moot. Accordingly,

**IT IS ORDERED** that Plaintiffs' Request for Hearing on Pending Motions (Doc. 34) is **denied as moot.**

Dated this 5th day of August, 2025.

Honorable Steven P. Logan
United States District Judge